IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW RAY KIDD,

    Plaintiff,

v.

SCOTT WALKER and
J.B. VAN HOLLEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-14-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case because it does not contain an arguable basis for a claim in fact or law.

_Peter Oppeneer_, Clerk of Court      4-15-11   Date